1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

11    BERNARD RHODES,

12                    Petitioner,

13                    v.

14    RONALD RACKLEY, Warden,

15                    Respondent.

16

No. CV 16-01849-VAP (DFM)

Order Accepting Findings and
Recommendation of United States
Magistrate Judge

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the

19    other records on file herein, and the Report and Recommendation of the

20    United States Magistrate Judge. Further, the Court has engaged in a de novo

21    review of those portions of the Report and Recommendation to which

22    objections have been made. The Court accepts the findings and

23    recommendation of the Magistrate Judge.

24    ///

25    ///

26    ///

27    ///

28    ///

1        IT IS THEREFORE ORDERED that Judgment be entered dismissing

2  this action with prejudice.

3

4  Dated: _____May 3, 2016_____

5

6                                VIRGINIA A. PHILLIPS

                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28