JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

BERNARD RHODES,

    Petitioner,

v.

RONALD RACKLEY, Warden,

    Respondent.

No. CV 16-01849-VAP (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: May 3, 2016

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge